SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

FILED-USDC-NDTX-DA '26 APR 2 PM3:04 LM

United States of America
v.
Lontrell Williams, Jr. (01)
*Defendant*

Case No. 3:26-MJ-328-BK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lontrell Williams, Jr. , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a) and (c) Kidnapping; Conspiracy to commit kidnapping

Date: 03/30/2026 2:23 pm

[signature]
*Issuing officer's signature*

City and state: Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4-1-26 , and the person was arrested on *(date)* 4-1-26
at *(city and state)* Dallas Texas .

Date: 4-1-26

[signature]
*Arresting officer's signature*

Dusan Thomas
*Printed name and title*

FBF

11187153