IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:26-CR-00211-N |
| | § | |
| LONTRELL WILLIAMS, SR. (2) | § | |

## ORDER

Before the Court is the Government's Motion and Brief for Revocation of Release Order filed April 13, 2026.  The defense filed a response on April 20, 2026.  The Motion is scheduled for Hearing on Wednesday, May 27, 2026 at 10:00 a.m. in courtroom 1505.

Signed May 14, 2026.

_____
David C. Godbey
Senior United States District Judge

ORDER – SOLO PAGE