IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:26-MJ-328-BK-3 |
| | § | |
| RODNEY WRIGHT, JR. (3) | § | |

**DEFENDANT'S SUPPLEMENTAL NOTICE IN SUPPORT OF RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER**

**TO THE HONORABLE DISTRICT COURT JUDGE:**

COMES NOW, Defendant Rodney Wright, Jr., by and through counsel, and files this Supplemental Notice in support of his previously filed Response in Opposition to Government's Motion for Revocation of Release Order, and respectfully shows the Court as follows:

### I. BACKGROUND

On April 24, 2026, Mr. Wright filed his Response in Opposition to the Government's Motion for Revocation of Release Order.

That response remains pending as the docket sheet does not reflect a ruling on the Government's Motion to Revoke Release Order or on Mr. Wright's response thereto.

By prior order, this Court stayed the release order pending determination of the Government's motion to revoke or until otherwise ordered by the Court.

### II. SUPPLEMENTAL FACT

Since the filing of the response, Mr. Wright has retained additional counsel, Arthur E. Horne, III, to assist in the defense of him in this matter. The docket now reflects both the filing of

1

Mr. Horne's application for admission pro hac vice and the Court's order granting that application.

This additional retention further demonstrates that Mr. Wright is continuing to devote lawful resources to preparing and litigating his defense, rather than avoiding these proceedings. This point is consistent with the argument already presented in Mr. Wright's response, namely that he is expending resources to defend himself, not to flee.

## III.    REQUEST

Mr. Wright respectfully submits this supplemental notice to advise the Court of this additional development and to note that the Response in Opposition filed on April 24, 2026 remains unresolved on the present docket.

Accordingly, Defendant respectfully requests that the Court consider this supplemental information in connection with the pending motion and enter a ruling on the Government's Motion to Revoke Release Order. In the alternative, Defendant respectfully requests that the Court set the matter for prompt consideration.

## IV.    CONCLUSION

For the foregoing reasons, Rodney Wright, Jr. respectfully requests that the Court consider this Supplemental Notice, together with his previously filed Response in Opposition and deny the Government's Motin to Revoke Release Order, or alternatively prompt set this matter for determination.

Respectfully submitted,

/s/ Michael P. Heiskell

Michael P. Heiskell
State Bar No. 09383700
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-457-2999
Facsimile: 817-496-1102
Email: mheiskell@johnson-vaughn-heiskell.com

/s/ Sean D. Colston

Sean D. Colston
State Bar No. 00787268
COLSTON LAW PLLC
500 W. 7TH Street, Suite 700
Fort Worth, Texas 76102
O: (817) 457-2999
F: (817) 496-1102
Email: sean@colstonrousseaulaw.com

/s/ Arthur Horne

Arthur Horne
TN Bar No. 020475
Law Office of Arthur Horne, III
65 Union Avenue, Suite 900
Memphis, TN 38103
O: 901-331-1816
F: 901-521-9550
Email:  ahorne@thehornelawfirm.com

Attorneys for Defendant Rodney Wright, Jr.

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of May, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


<u>/s/ Michael P. Heiskell</u>
Michael P. Heiskell